ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section                               **JS-6**
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3172
    Facsimile:  (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  **2:11-cv-04607-JHN -VBKx** |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $55,859.05 IN WELLS FARGO BANK FUNDS AND $5,566.00 IN U.S. CURRENCY, | |
| Defendants. | |
| VINCENT R. LEONARDIS AND SUZANNE M. RAY, | |
| Claimants. | |

///

1

This action was filed on May 27, 2011 against defendants $55,859.05 in Wells Fargo Bank Funds and $5,566.00 in U.S. currency (collectively referred to as "defendant funds"). Notice was given and published in accordance with law.  Claimant Vincent R. Leonardis filed a claim to the defendant $55,859.05 in Wells Fargo Bank Funds on September 7, 2011 and an answer on August 4, 2011.  Claimant Suzanne M. Ray filed a claim to the defendant $5,566.00 in U.S. currency on September 7, 2011 and an answer on August 4, 2011.  (Vincent R. Leonardis and Suzanne M. Ray will collectively be referred to as "claimants").  No other claims or answers have been filed, and the time for filing claims and answers has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $46,425.05 of the defendant funds, with all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4.    The sum of $10,000.00 only, without interest, shall be returned to claimant Vincent R. Leonardis by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Vincent R. Leonardis and Sandra J. Applebaum, Attorney Client Trust Account," and mailed to the Sandra J. Applebaum, Attorney, 1227 Buena Vista Street, Suite E, Duarte, California 91010.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to Sandra J. Applebaum, Attorney Client Trust Account.  Claimants and their attorneys shall provide any and all information needed to process the return of these funds in accordance with federal law.

5.    The sum of $5,000.00 only, without interest, shall be returned to claimant Suzanne M. Ray by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Suzanne M. Ray and Sandra J. Applebaum, Attorney Client Trust Account," and mailed to Sandra J. Applebaum, Attorney, 1227 Buena Vista Street, Suite E, Duarte, California 91010.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Sandra J. Applebaum, Attorney Client Trust Account. Claimants and their attorneys shall provide any and all information needed to process the return of these funds in accordance with federal law.

6.    Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and

representatives of any state or local government or law
enforcement agency involved in the investigation or prosecution
of this matter, from any and all claims, actions or liabilities
arising out of or related to the seizure of the defendant funds
or the prosecution of this action, including, without
limitation, any claim for attorney's fees, costs or interest
which may be asserted on behalf of the claimants, or either of
them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    7.   The court finds that there was reasonable cause for
the seizure of the defendant funds and institution of these
proceedings.  This judgment shall be construed as a certificate
of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 28, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on next page.]**

4

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: December __, 2011   ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                           _____
                                      /s/
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America

DATED: December __, 2011
                           _____
                                      /s/
                           SANDRA J. APPLEBAUM, ESQ.

                           Attorney for Claimants
                           VINCENT R. LEONARDIS and
                           SUZANNE M. RAY

DATED: December __, 2011
                           _____
                                      /s/
                           Claimant VINCENT R. LEONARDIS


DATED: December __, 2011
                           _____
                                      /s/
                           Claimant SUZANNE M. RAY